1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484141)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Kathryn.haun@usdoj.gov

9  Attorneys for United States of America

FILED
OCT 25 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-93 JST |
| v. | STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| JONATHAN MOTA | |
| Defendant | |

The parties appeared before the Honorable Jon S. Tigar on October 25, 2013 for a hearing on defendant's Motion to Dismiss and Motion to Suppress. Assistant U.S. Attorneys Kathryn Haun and William Frentzen represented the United States, and Richard B. Mazer, Esq. and Mark Goldrosen, Esq. represented the defendant. The parties moved for an exclusion of time, noting that such exclusion was sought in an abundance of caution given the pending defense motions may automatically serve to exclude time. *See* 18 U.S.C. Section 3161(h)(1)(D). The parties also requested that the November 18, 2013 previously-scheduled appearance before this Court be vacated and that the parties appear instead on December 2, 2013. The Court found and held as follows:

1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. Section 3161, from OCTOBER 25, 2013 through DECEMBER 2, 2013, is necessary in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation. This is especially true given the government's ongoing production of discovery.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from OCTOBER 25, 2013 through DECEMBER 2, 2013, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from OCTOBER 25, 2013 through DECEMBER 2, 2013, was excluded from Speedy Trial Act calculations under 18 U.S.C. Section 3161(h)(7)(A) & (B)(ii) and (iv).

4. The previously-scheduled appearance on November 18, 2013 is VACATED and the parties shall appear before this Court on December 2, 2013 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 10/25/13

JON S. TIGAR
United States District Court Judge

STA [PROPOSED] ORDER
13-CR-93 JST