MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484141)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Kathryn.haun@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN MOTA<br><br>Defendant | CASE NO. 13-CR-93 JST<br><br>STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND ~~[PROPOSED]~~ ORDER |

The parties appeared before the Honorable Jon S. Tigar on December 2, 2013 for a hearing. Assistant U.S. Attorneys Kathryn Haun and William Frentzen represented the United States, and Richard B. Mazer, Esq. represented the defendant. The parties moved for an exclusion of time from DECEMBER 2, 2013 to DECEMBER 9, 2013. The Court found and held as follows:

1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. Section 3161, from DECEMBER 2, 2013 to DECEMBER 9, 2013, is necessary in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence

and the need for counsel to conduct further investigation. This is especially true given the government's ongoing production of discovery.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from DECEMBER 2, 2013 to DECEMBER 9, 2013, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from DECEMBER 2, 2013 to DECEMBER 9, 2013, was excluded from Speedy Trial Act calculations under 18 U.S.C. Section 3161(h)(7)(A) & (B)(ii) and (iv).

**IT IS SO ORDERED.**

DATED: December 7, 2013

JON S. TIGAR
United States District Court Judge